

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00148-CR

---

WILLIAM WAYNE STEDMAN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 251st District Court
Randall County, Texas
Trial Court No. 31844C, Honorable Ana Estevez, Presiding

---

April 30, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, William Wayne Stedman, was convicted of indecency with a child by sexual contact[1] and sentenced, pursuant to a plea bargain agreement, to ten years of confinement. The trial court's certification of Appellant's right of appeal reflects that this is a plea bargain case from which Appellant has no right of appeal and that Appellant has waived the right of appeal. The certification comports with the record before the Court.

---

[1] *See* TEX. PENAL CODE ANN. § 21.11(d).

Notwithstanding the certification, Appellant filed a notice of appeal, pro se, challenging his conviction.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." By letter of April 12, 2024, we notified Appellant of the consequences of the trial court's certification and directed him to show grounds for continuing the appeal. Appellant filed a response but has failed to demonstrate a right to appeal his conviction.

Accordingly, we dismiss the appeal based on the trial court's certification. *See* TEX. R. APP. P. 25.2(d).

Per Curiam

Do not publish.